EL PUEBLO, DEMANDANTE Y APELADO, *v.* ARAGÓN, ACUSADO Y
APELANTE.

EL PUEBLO, DEMANDANTE Y APELADO, *v.* ARAGÓN, ACUSADO Y
APELANTE.

APELACIONES procedentes de la Corte de Distrito de San Juan,
Sección 2ª., en causas por infracción a la Ley de Sanidad.

Nos. 842 y 843.—Resueltos en julio 15, 1915.

Resueltos por los fundamentos de la opinión emitida en el caso No. 840, *El Pue-
blo* v. *Aragón,* pág. 797.

Abogado del apelante: *Sr. Sandalio Torres Monge.*
Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

*Revocadas las sentencias apeladas y absuelto
el acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, del Toro, Aldrey y Hutchison.